The order below is hereby signed.

Signed: February 13 2015



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

```
            UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF COLUMBIA

   IN RE:                            |
       James Holbrook                |    Case No. 14-00547
                                     |    Chapter 7
       Debtor                        |
```

ORDER

UPON CONSIDERATION of the application by the Trustee for the Appointment of Arthur Lander, C.P.A., P.C., as Certified Public Accountant for the Estate, it is by the Court

ORDERED that Arthur Lander, C.P.A., P.C., be, and is hereby authorized and designated as Certified Public Accountant for the Trustee, and compensation to be determined by subsequent Order of this Court.

/s/ Arthur Lander

Arthur Lander, Esq.
Attorney for Arthur Lander CPA PC
DC Bar No. 421860
3130 N. 10th St.
Arlington, Virginia   22201
703-486-0700


cc:

U. S. Trustee
115 S. Union Street
Suite 210
Alexandria, Va.   22314

Marc Albert, Trustee
1775 Pennsylvania Ave, N.W., Suite 800
Washington, D.C.   20006

Arthur Lander C.P.A., P.C.
300 N.  Washington St.   #104
Alexandria, Virginia   22314

United States Bankruptcy Court
District of Columbia

In re:                                                          Case No. 14-00547-smt
James Holbrook                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1          User: meador            Page 1 of 1           Date Rcvd: Feb 17, 2015
                              Form ID: pdf001         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2015.
acc          +Arthur Lander CPA PC,   300 N. Washington St.,   Suite 104,   Alexandria, VA 22314-2530

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2015                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2015 at the address(es) listed below:
              Arthur P. Lander    on behalf of Accountant    Arthur Lander CPA PC artlander@aol.com
              David H. Sandler    on behalf of Debtor James  Holbrook davidsandler@msn.com,
               lavonhill@hotmail.com
              James E. Clarke    on behalf of Creditor    U.S. Bank, N.A., successor trustee to LaSalle Bank
               National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
               2005-HE12, Asset-Backed Certificates Series 2005-HE12 jclarke@atlanticlawgrp.com,
               jtaylor@atlanticlawgrp.com;rbailey@atlanticlawgrp.com
              Katherine M. Sutcliffe Becker    on behalf of Trustee Marc E. Albert
               katherine.becker@stinsonleonard.com, porsche.barnes@stinsonleonard.com
              Marc E. Albert    marc.albert@stinsonleonard.com,
               porsche.barnes@stinsonleonard.com;dc05@ecfcbis.com;mealbert@ecf.epiqsystems.com
              Marc E. Albert    on behalf of Trustee Marc E. Albert malbert@stinson.com,
               porsche.barnes@stinsonleonard.com;dc05@ecfcbis.com;mealbert@ecf.epiqsystems.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 7